# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 2:17-mj-306
)
69 Whitethorne Ave. Columbus, OH 43223 )
Beige two-story home w/ red shutters )
"69" on porch post right of the door, and curtilage )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

69 Whitethorne Ave. Columbus, OH 43223, Beige two-story home w/ red shutters, "69" on porch post right door

located in the ____Southern____ District of ____Ohio____, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Distribute and Possess Controlled Substances |
| 18 USC 924c | Possession of a Firearm During and in Relation to Drug Trafficking |

The application is based on these facts:

See attachment B

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

TFO Brian V. Boesch, #1803
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 5, 2017

_____
*Judge's signature*

City and state: Columbus, Ohio        Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

**Attachment A: (Search Warrant)**
**Items to be seized 69 Whitethorne Ave. Columbus, OH 43223**

**Based upon the above information, your affiant has probable cause to believe that now contained within from 69 Whitethorne Ave. Columbus, OH 43223, within the Southern District of Ohio, are items which constitute evidence of the crimes of 21 USC 846, Conspiracy to Distribute and Possess Controlled Substances, and 18 USC 924 c, Possession of a Firearm During and in Relation to Drug Trafficking, to include, but are not limited to:**

    (a)    Any and all narcotics, opiates, marijuana, prescription pills to include, but not limited to cocaine, heroin, Xanax, Suboxone, Percocet, marijuana;

    (b)    Any firearms;

    (c)    U.S. currency;

    (d)    Cellular telephone(s) and/or portable cellular telephone(s) and any stored electronic data and/or communications contained therein;

    (e)    Indicia of occupancy, residency, rental and/or ownership of the premises described above, or vehicles located thereon, including but not limited to utility and telephone bills, cancelled envelopes, keys, deeds, purchase lease agreements, land contracts, titles and vehicle registrations;

    (f)    The opening, search and removal, if necessary, of any safe or locked receptacle or compartment, as some or all of the property heretofore may be maintained and

Any other items which constitute evidence of crimes of 21 USC 846, Conspiracy to Distribute and Possess Controlled Substances, and 18 USC 924 c, Possession of a Firearm During and in Relation to Drug Trafficking.

1

O 106 (Rev. 03/99) Affidavit for Search Warrant
**Attachment B (Application for Search Warrant)**
**69 Whitethorne Ave. Columbus, OH 43223**

The source of your affiant's information and the grounds for this belief are as follows:

I am a graduate of the Columbus Police Academy and have been a Columbus Police Officer since November 1994. I have been working on a Joint Investigative Team Task Force with the Bureau of Alcohol, Tobacco, Firearms and Explosives since July of 2014. As a result of my training and experience as a Columbus Police Officer and a Task Force Officer, I am familiar with Federal criminal laws pertaining to firearms and narcotics violations. The information in this affidavit is based on, not only your affiant's personal knowledge of this investigation, but also information provided to your affiant by other officers and individuals. Moreover, this affidavit is only submitted in support of probable cause for a search warrant, and your affiant, therefore, has not included each and every fact known to him in this investigation.

1. Temesia Arnece GREENE is a witness to, and a participant of a narcotics trafficking organization that she operates out of her residence at 69 Whitethorne Ave. GREENE is in possession of firearms during her drug trafficking activity as evidenced by the numerous recovered firearms from her residence as detailed below.

2. On January 12, 2017, Columbus Division of Police (CPD) Narcotics Detective Melvin Mason, #954 executed a State of Ohio search warrant for 69 Whitethorne Ave. Columbus, OH 43223. On three (3) separate occasion in December 2016 and January 2017, a confidential informant (CI) purchased heroin from Temesia GREENE inside the residence of 69 Whitethorne Ave. After Franklin County Municipal Court Judge David Tyack signed the warrant, the narcotics entry team executed the warrant. Narcotics detectives recovered 8.5 grams of heroin, 47 grams of marijuana, miscellaneous pills, and five (5) firearms; three (3) of which were stolen. One of the firearms, a Glock Model 40 9mm handgun, loaded with six (6) live rounds and was located in GREENE's purse.

3. GREENE was charged with one State of Ohio count of Aggravated Trafficking in Drugs and arrested. She has not been indicted as of the presentation of this warrant.

4. On February 1, 2017 and February 8, 2017, a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) confidential informant (CI) purchase narcotics from an unwitting suspect who was provided the narcotics by an individual in a gold Chevrolet Impala. The purchases were for 14 grams of cocaine and 28 grams, respectively. The person in the Impala then received the money the CI provided the unwitting suspect after the transaction. ATF personnel followed the individual to 69 Whitethorne Ave. and watched him walk inside on both occasions.

5. TFO Brian V. Boesch drafted a State of Ohio search warrant for 69 Whitethorne Ave. The narcotics entry team was very familiar with the residence after executing Detective Mason's warrant a month prior. On Friday, February 10, 2017, officers executed the warrant. No one was inside the residence at the time of the entry. ATF investigators discovered a hidden safe behind a false wall in the upstairs bathroom. Inside the safe was 20 grams of cocaine, 7 grams of crack cocaine, 186 grams of marijuana, 95 Oxycodone pills, 62 morphine pills, and 92 pill capsules containing heroin. Also inside the safe were two small handguns and a wedding ring set with an appraisal card in the name of Temesia GREENE. Another handgun was located on top of the safe and a fourth handgun was located in one of the bedrooms.

1

O 106 (Rev. 03/99) Affidavit for Search Warrant
**Attachment B (Application for Search Warrant)**
**69 Whitethorne Ave. Columbus, OH 43223**

6. GREENE is a witness to a homicide currently being prosecuted in the Southern District of Ohio. She is cooperating with the Government and has been in contact with TFO Boesch regarding her situation. She has been interviewed and briefly obtained assistance from the Government to insure her safety as a witness. However, GREENE returned home on her own accord shortly after the Government assistance began.

7. On May 4, 2017, an ATF CI was searched prior to entering 69 Whitethorne Ave. Nothing was on the CI's person. The CI entered the residence and purchased six Xanax tablets directly from GREENE. The transaction was recorded on both audio and video. The CI exited the residence and was again searched and the Xanax tablets were the only items in the CI's possession. Xanax is a Schedule IV Controlled Substance that requires a prescription from a physician.

8. On June 2, 2017, an ATF CI was searched prior to entering 69 Whitethorne Ave. Nothing was on the CI's person. The CI met GREENE and purchased several Percocet pills. GREENE produced the pills from a plastic baggie on her lap. The transaction was recorded on both audio and video. The CI departed from GREENE's residence and was searched again and the only items in the CI's possession were the Percocet pills. Percocet is a Schedule II Narcotic that requires a prescription from a physician.

Based upon the above information and your Affiant's training, knowledge and experience, your affiant has probable cause to believe that Temesia Arnece Greene is in possession of narcotics and firearms, at 69 Whitethorne Ave. Columbus, OH 43223, within the Southern District of Ohio, that are items as described in attachment A, which constitute evidence of crimes of 21 USC 846, Conspiracy to Distribute and Possess Controlled Substances, and 18 USC 924(c)(1)(A)(i), Possession of a Firearm During and in Relation to Drug Trafficking

_____
Brian V. Boesch, #1803
Task Force Officer, ATF

Sworn to and subscribed before me this 5th day of June, 2017, at Columbus, Ohio.

_____
Elizabeth A. Preston Deavers
U.S. CHIEF MAGISTRATE JUDGE

2